August 15, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERT HOLMES, Appellant

NO. 14-12-00964-CV                          V.

CRAIG CASSEL, Appellee

_____

This court today on its own motion orders that this court's former judgment of August 1, 2013 be vacated, set aside, and annulled.  We further order this court's opinion of August 1, 2013 withdrawn.

This cause, an appeal from the judgment in favor of appellee, Craig Cassel, signed September 18, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Robert Holmes to pay all costs incurred in this appeal.

We further order this decision certified below for observance.